No. 68. BANNING *v.* DETROIT, TOLEDO & IRONTON RAILROAD Co.; and

No. 93. DETROIT, TOLEDO & IRONTON RAILROAD Co. *v.* BANNING. C. A. 6th Cir. Certiorari denied. *Lloyd T. Bailey* for petitioner in No. 68 and respondent in No. 93. *Clifford B. Longley* for petitioner in No. 93 and respondent in No. 68.

No. 73. GROSS ET AL. *v.* KELL ET AL. C. A. 5th Cir. Certiorari denied. *George S. Wright* for petitioners.

No. 74. VESPOLE *v.* UNITED STATES; and

No. 5, Misc. TANUZZO ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *J. Bertram Wegman* for petitioner in No. 74. Petitioners *pro se* in No. 5, Misc. *Solicitor General Perlman, Assistant Attorney General Campbell* and *Robert S. Erdahl* for the United States.

No. 78. GOOD HOLDING Co. ET AL. *v.* BOSWELL. C. A. 5th Cir. Certiorari denied. *John Sirica* and *E. F. P. Brigham* for petitioners. *Morris Berick* for respondent.

No. 80. HODGE ET AL. *v.* FIRST PRESBYTERIAN CHURCH. Supreme Court of Iowa. Certiorari denied. *J. J. Ludens* for petitioners. *Carl E. Sheldon* and *Philip H. Ward* for respondent.

No. 81. DELAHANTY ET AL., TRADING AS P. J. DELAHANTY MANUFACTURING Co., *v.* DALEY. Supreme Court of New Jersey. Certiorari denied. *Milton T. Lasher* for petitioners. *Lionel P. Kristeller* for respondent.